MICHAEL KOZAKOWSKI, Appellant, *v.* ST. MARKS MANOR COMMUNITY CENTER, Respondent.

Submitted February 17, 1947; decided February 21, 1947.

*James I. McGuire* and *George A. Garvey* for motion.
*John H. Munley* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion unless appellant, within ten days of service of this order, serves and files an undertaking and pays $10 costs in which event motion denied.